## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JERMAINE WEEKS,            :
                                         :
          Petitioner,         :
                                         :
          v.                :   No. 4:16-CV-84
                                       :
CYNTHIA LINK,             :   (Judge Brann)
                                       :
          Respondent.     :

## ORDER

**AND NOW**, this 29th day of October 2018, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1.    Petitioner's motion to supplement (Doc. 18) is **GRANTED** and his supplemental argument is accepted.

2.    Weeks' petition for writ of habeas corpus is **DENIED**.

3.    The Clerk of Court is directed to **CLOSE** this case.

4.    Based on the Court's conclusion herein, there is no basis for the issuance of a certificate of appealability.

                                 BY THE COURT:

                                 *s/ Matthew W. Brann*
                                 Matthew W. Brann
                                 United States District Judge